# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**DONALD POTTER**
Plaintiff(s),

Case No.: 2:13-cv-01411-SU

v.

**LOCO, INC.**
Defendant(s).

_____/

## Fed. R. Civ. P. 26(a) Discovery Agreement

Pursuant to LR 26-2, I state that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

DATED: 9/17/13

Signature: _/s/ W.G.F._

Name and OSB ID: William G Fig, OSB 95261

E-mail Address: billf@sussmanshank.com

Firm Name: Sussman Shank LLP

Mailing Address: 1000 SW Broadway, #1400

City, State, Zip: Portland, OR 97086

Parties Represented: Donald Potter

cc: Counsel of Record