Scott Meyer, OSB No. 814620
Email: smeyer@mls-law.com
Mitchell Lang & Smith LLP
2000 One Main Place
101 S.W. Main Street
Portland, Oregon 97204-3230
Phone: (503) 221-1011
Fax: (503) 248-0732
Of Attorneys for Defendant Loco, Inc., dba Northwest Auto Transport

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

**DONALD POTTER, an Oregon resident,**

              Plaintiff(s),

              v.

**LOCO, INC., dba NORTHWEST AUTO TRANSPORT,**

              Defendant(s).

Case No. 2:13-CV-01411-SU

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

**Jury Trial Requested**

Defendant answers:

1.

Admits paragraphs 1, 2, 3, 4, 5 and 6.

2.

Admits defendant picked up plaintiff's car on March 13, 2013 and loaded plaintiff's car

on its trailer in Tucson, Arizona, and delivered the car in Pendleton, Oregon, on March 20, 2013.

Page 1 - **DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

MITCHELL LANG & SMITH LLP
ATTORNEYS AT LAW
2000 ONE MAIN PLACE
101 S.W. MAIN STREET
PORTLAND, OREGON 97204-3230
TELEPHONE (503) 221-1011
FAX (503) 248-0732

3.

Defendant denies there was any damage to plaintiff's car incurred while it was in the

possession of the defendant.

4.

Defendant denies the remainder of plaintiff's Complaint.

Respectfully submitted this 30th day of September, 2013.

MITCHELL LANG & SMITH LLP,

Scott Meyer, OSB No. 814620
Phone: (503) 221-1011
Fax: (503) 248-0732
Attorneys for Defendant Loco, Inc., dba Northwest
Auto Transport

Page 2 - **DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

MITCHELL LANG & SMITH LLP
ATTORNEYS AT LAW
2000 ONE MAIN PLACE
101 S.W. MAIN STREET
PORTLAND, OREGON 97204-3230
TELEPHONE (503) 221-1011
FAX (503) 248-0732

*H:\CTS\61485\Pleadings\ANSWER.doc*