Scott Meyer, OSB No. 814620
Email: smeyer@mls-law.com
Mitchell Lang & Smith LLP
2000 One Main Place
101 S.W. Main Street
Portland, Oregon 97204-3230
Phone: (503) 221-1011
Fax: (503) 248-0732
Of Attorneys for Defendant Loco, Inc., dba Northwest Auto Transport

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PENDLETON DIVISION

**DONALD POTTER, an Oregon resident,**

        Plaintiff(s),

        v.

**LOCO, INC., dba NORTHWEST AUTO TRANSPORT,**

        Defendant(s).

Case No. 2:13-CV-01411-SU

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

There is no parent corporation or publicly held corporation owning 10% or more of the stock in the defendant corporation.

Respectfully submitted this 30th day of September, 2013.

        MITCHELL LANG & SMITH LLP,

        */s/ Scott Meyer*

        Scott Meyer, OSB No. 814620
        Phone: (503) 221-1011
        Fax: (503) 248-0732
        Attorneys for Defendant Loco, Inc., dba Northwest Auto Transport

Page 1 - DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

MITCHELL LANG & SMITH LLP
ATTORNEYS AT LAW
2000 ONE MAIN PLACE
101 S.W. MAIN STREET
PORTLAND, OREGON 97204-3230
TELEPHONE (503) 221-1011
FAX (503) 248-0732

H:\CTS\61485\Pleadings\CORPORATE DISCLOSURE.doc